Case 19-16638-SMG    Doc 71    Filed 08/06/20    Page 1 of 3



**ORDERED in the Southern District of Florida on August 5, 2020.**

Scott M. Grossman, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

Otis J. McDuffie, Sr.,                    Case No. 19-16638-SMG

    Debtor.                              Chapter 11
_____/

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED

This matter came before the Court *sua sponte*. On June 10, 2020, the Court conducted a status conference in the Chapter 11 case of Otis J. McDuffie, Sr., *a/k/a* Otis J. McDuffie (the "Debtor"). After hearing from counsel for the Debtor and the Office of the United States Trustee, the Court entered an order concluding the status conference and setting a Chapter 11 plan deadline of July 31, 2020.[1]

This case has been pending since May of 2019. And as of the date of entry of this *Order to Show Cause Why This Case Should Not be Dismissed*, the Debtor has

---

[1] ECF No. 64

not yet filed his Chapter 11 plan. Further, on July 30, 2020, the Lender[2] filed its *Motion for Relief from the Automatic Stay*.[3] The *Motion for Relief from the Automatic Stay* is scheduled to be heard on August 25, 2020 at 1:30 p.m.[4]

In light of the Debtor's failure to file a Chapter 11 plan by July 31, 2020 as ordered, the lack of prosecution of this case, and the pending *Motion for Relief from the Automatic Stay*, it appears this Chapter 11 case should be dismissed. It likewise appears that good cause exists to shorten the 21 days' notice required under Bankruptcy Rule 2002, for those same reasons. Accordingly, it is

**ORDERED:**

1. A hearing to show cause why this chapter 11 case should not be dismissed will be held **telephonically** before the Honorable Scott M. Grossman on **August 25, 2020, at 1:30 p.m.**, via CourtSolutions[5] (the "Show Cause Hearing").

2. The 21 days' notice period under Bankruptcy Rule 2002 is hereby shortened.

3. Any interested party may be heard at the Show Cause Hearing.

4. Any objections to dismissal of this case not raised at or before the Show Cause Hearing will be waived.

### #

---

[2] Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee for Bear Stearns Alt-A Trust, Mortgage Pass-Through Certificates, Series 2006-4 (the "Lender").
[3] ECF No. 68
[4] ECF No. 69
[5] Appearances for CourtSolutions may be arranged online at www.court-solutions.com/SignUp or by telephone at (917) 746-7476.

Copies furnished to:

All interested parties by the Clerk of Court